# JOHN F. WARD
THOMAS B. BACON, P.A.
329 S. Devon Ave.
Wayne, PA 19087
(610) 952-0219  Fax (954) 237-1990

March 26, 2019

The Honorable Michael M. Baylson
U.S. District Court, ED of PA
3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Re:  *Owen Harty v. Sphynix LLC*
     Civ. A. No. 2:18-cv-04453-MMB

Dear Judge Baylson:

    Pursuant to Local Rule 41.1(b), I am writing to notify the Court that the issues between the parties in the referenced matter have been settled.  Please enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel.  Please feel free to contact me if you have any questions or need further information.

    Thank you for your attention to this matter.

                                              Respectfully,

                                              John F. Ward

JFW:jfw

cc: Ahmed M. Soliman, Esquire (*via* ECF)
    Thomas B. Bacon, Esquire  (*via* email)