# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| OWEN HARTY | CIVIL ACTION |
|---|---|
| v. | NO. 18-4453 |
| SPHYNIX LLC | |

## ORDER

**AND NOW, TO WIT:** This 27th day of March, 2019, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** /s/ Lori K. DiSanti

Lori K. DiSanti
Deputy Clerk

O:\CIVIL 18\18-4453 HARTY V SPHYNIX\18CV4453 41B ORDER 03272019.DOCX